DUMEY, Defendant in Error, v. SASSE *et al.*, Plaintiffs in Error.

1. A will contained the following provision : " I give and bequeath unto my wife Sarah the who'e of my estate, both personal and real, during her life or widowhood; but if my wife should again marry, so soon as the same takes place, my whole estate, both real and personal, I give and bequeath to John and Sarah Dumey, a boy and girl living with me, to be equally divided among them :" *held*, that the limitation over of the personal estate upon the second marriage was valid.

*Error to Chariton Circuit Court.*

*Davis*, for plaintiffs in error.
*Turner*, for defendant in error.

LEONARD, Judge, delivered the opinion of the court.

This contest grows out of the same will that gave rise to the controversy in Dumey v. Schœffler, decided at the present term, and the only difference between the two cases is, that there the subject matter of the suit was the real estate of the testator ; here it is his personal property. That case was decided upon the distinction between first and second marriages, in reference to the lawfulness of conditions in restraint of them, which of course is as applicable to personal as to real property.

The judgment must be affirmed.